1 | THE TURLEY & MARA LAW FIRM, APLC
William Turley (SBN 122408)
2 | David Mara (SBN 230498)
Jamie Serb (SBN 289601)
3 | Tony Roberts (SBN 315595)
7428 Trade Street
4 | San Diego, California 92121
Telephone: (619) 234-2833
5 | Facsimile: (619) 234-4048

6 | Attorneys for Plaintiff TEVIS HAGGARD,
on behalf of himself, all others similarly situated,
7 | and on behalf of the general public

8 | SEYFARTH SHAW LLP
Julie G. Yap (SBN 243450)
9 | Email: jyap@seyfarth.com
Rabia Z. Reed (SBN 317288)
10 | Email: rreed@seyfarth.com
400 Capitol Mall, Suite 2350
11 | Sacramento, California 95814-4428
Telephone: (916) 448-0159
12 | Facsimile: (916) 558-4839

13 | SEYFARTH SHAW LLP
Simon L. Yang (SBN 260286)
14 | Email: syang@seyfarth.com
601 South Figueroa Street, Suite 3300
15 | Los Angeles, California 90017
Telephone: (213) 270-9600
16 | Facsimile: (213) 270-9601

17 | Attorneys for Defendant
WINCO FOODS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIS HAGGARD, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>WINCO FOODS, LLC, and DOES 1-100,<br><br>Defendants. | Case No. 2:18-cv-01797-MCE-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE RULE 26(F) CONFERENCE & RULE 26(A)(1) INITIAL DISCLOSURES**<br><br>Before the Hon. Morrison C. England<br><br>Complaint Filed: 2-6-2018<br>FAC Filed: 5-29-2018 |

1  Plaintiff TEVIS HAGGARD ("Plaintiff") and Defendant WINCO FOODS, LLC ("Defendant")
2  (collectively, the "Parties"), by and through their respective attorneys, pursuant to Eastern District Local
3  Rules 143 and 144, stipulate and agree that good cause exists to continue the Parties' Rule 26(f)
4  Conference and initial disclosures, pursuant to Rule 26(a)(1), to dates following the Court's Order on
5  Defendant's Motion To Dismiss Or Strike Plaintiff's First Amended Complaint:
6  WHEREAS, Defendant filed a Motion To Dismiss Or Strike Plaintiff's First Amended
7  Complaint, on June 29, 2018, which has been fully briefed by the Parties;
8  WHEREAS, the Court's ruling on Defendant's Motion To Dismiss Or Strike Plaintiff's First
9  Amended Complaint, may impact the claims at issue in the litigation, the scope of discovery, and
10 scheduling of discovery and motions;
11 WHEREAS, in order to preserve time and resources, the Parties believe that their Rule 26(f)
12 conference and other initial discovery deadlines including the Parties deadline to serve initial disclosures
13 under Rule 26(a)(1) should be deferred until after the Court's ruling on the pending Motion To Dismiss
14 Or Strike Plaintiff's First Amended Complaint;
15 WHEREAS, the Parties stipulate and agree to hold their Rule 26(f) conference within twenty-one
16 (21) days of the issuance of the Court's Order ruling on the pending Motion To Dismiss Or Strike
17 Plaintiff's First Amended Complaint and exchange initial disclosures thereafter.
18 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| DATED: September 4, 2018 | Respectfully submitted,<br><br>THE TURLEY & MARA LAW FIRM, APLC<br><br>By: /s/ Tony Roberts<br>    William Turley<br>    David Mara<br>    Jamie Serb<br>    Tony Roberts<br><br>Attorneys for Plaintiff TEVIS HAGGARD |
| DATED: September 4, 2018 | SEYFARTH SHAW LLP<br><br>By: /s/ Julie G. Yap<br>    Julie G. Yap<br>    Simon L. Yang<br>    Rabia Z. Reed<br><br>Attorneys for Defendant<br>WINCO FOODS, LLC |

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, the Parties shall hold their Rule 26(f) conference within twenty-one (21) days of the issuance of the Court's Order ruling on the pending Motion To Dismiss Or Strike Plaintiff's First Amended Complaint, and exchange initial disclosures thereafter.

IT IS SO ORDERED.

Dated: September 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE