THE TURLEY & MARA LAW FIRM, APLC
William Turley (SBN 122408)
David Mara (SBN 230498)
Jamie Serb (SBN 289601)
Tony Roberts (SBN 315595)
Alexandra Shipman (SBN 314883)
7428 Trade Street
San Diego, California 92121
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

Attorneys for Plaintiff TEVIS HAGGARD,
on behalf of himself, all others similarly situated,
and on behalf of the general public

SEYFARTH SHAW LLP
Julie G. Yap (SBN 243450)
Email: jyap@seyfarth.com
Phillip J. Ebsworth (SBN 311026)
Email: pebsworth@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Simon L. Yang (SBN 260286)
Email: syang@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
WINCO FOODS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIS HAGGARD, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>           Plaintiff,<br><br>    v.<br><br>WINCO FOODS, LLC, and DOES 1-10,<br><br><br>           Defendants. | Case No. 2:18-cv-01797-MCE-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT BY NO MORE THAN 28 DAYS (L.R. 144(A))**<br><br>Before the Hon. Morrison C. England<br><br>Complaint Filed:    2-6-2018<br>FAC Filed:         5-29-2018<br>SAC Filed:         1-31-2019 |

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED
COMPLAINT

54977388v.1

The Court, having reviewed the Parties' Stipulation to Extend Time to Respond to Plaintiff's Second Amended Complaint ("Stipulation"), and for good cause appearing, GRANTS the Parties' Stipulation, and ORDERS as follows:

Defendants' time to respond to Plaintiff's Second Amended Complaint is extended 28 days from February 14, 2019 to March 14, 2019.

**IT IS SO ORDERED.**

**Dated: February 14, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

54977388v.1