# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIS HAGGARD, on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WINCO FOODS, LLC, and DOES 1-10,<br><br>Defendants. | Case No. 2:18-cv-01797-MCE-EFB<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL** |

# **ORDER**

The Court having reviewed the Stipulation of the Parties and with GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Parties' Stipulation requesting dismissal of Plaintiff's individual claims with prejudice and Plaintiff's class claims without prejudice is hereby GRANTED. The case is DISMISSED with all Parties to bear their own attorneys' fees and costs of suit. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated:  March 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

55335652v.1