# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE ANN CHISSIE,<br><br>        Plaintiff,<br>   v.<br><br>WINCO FOODS, LLC,<br><br>        Defendants, | No. 2:09-cv-02915-MCE-CKD<br><br>**NON-RELATED CASE ORDER** |
| SHIRLEY JACO,<br><br>        Plaintiff,<br>   v.<br><br>WINCO HOLDINGS, INC.,<br><br>        Defendant, | No. 1:18-cv-00301-DAD-EPG |
| TEVIS HAGGARD,<br><br>        Plaintiff,<br>   v.<br><br>WINCO FOODS, LLC,<br><br>        Defendant, | No. 2:18-cv-01797-MCE-EFB |

1

| | |
|---|---|
| DENNIS J. PETERSEN,<br><br>        Plaintiff,<br><br>   v.<br><br>WINCO HOLDINGS, INC., et al.,<br><br>        Defendants, | No. 2:19-cv-00360-MCE-AC |

The Court received the Notices of Related Cases filed on April 4, 2019. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATED: April 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE